UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY L. MACKINDER,

    Plaintiff,

v.                              CASE NO. 8:11-CV-2777-T-17EAJ

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 17    Report and Recommendation

Plaintiff Terry Mackinder filed this case to obtain judicial review of a final decision of the Commissioner of Social Security denying Plaintiff's claims for Disability Insurance Benefits and Supplemental Security Income. The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the decision of the Commissioner be affirmed and this case be dismissed.

The Court has independently reviewed the pleadings and the Social Security Transcript. No timely objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 17) is **adopted and incorporated**. The decision of the Commissioner of the United States Social Security Administration is **affirmed**, and this case is **dismissed**. Each party shall bear his/its

Case No. 8:11-CV-2777-T-17EAJ

own attorney's fees and costs.  The Clerk of Court shall enter a final judgment in favor of Defendant Michael J. Astrue, Commissioner of the United States Social Security Administration and close this case.

    **DONE and ORDERED** in Chambers, in Tampa, Florida on this 8th day of February, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties
and counsel of record